## WARRINGTON'S ADMINISTRATORS d. b. n. v. SARAH WARRINGTON.

Court of Common Pleas. Sussex. November 15, 1799.

*Wilson's Red Book, 265.*

PER CURIAM. BOOTH, C. J. If the party petitioning is not in possession of the land, we cannot grant the order.